**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>DESMOND EVANS, *et al.*,<br><br>      Defendants. | Criminal Action No. 23-292 (CKK) |

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**
(June 4, 2025)

Upon consideration of the parties' [143] Joint Motion to Adopt Proposed Amended Pretrial Scheduling Order, it is hereby **ORDERED** that the Motion is **GRANTED** and the [133] Amended Pretrial Scheduling Order is further **AMENDED** as follows:

|  | *Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | August 4, 2025 |
| Discovery motions (Fed. R. Crim. P. 16) | September 4, 2025 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | October 9, 2025 |
| Defendants' expert notice (FRE 701 & 702) | November 9, 2025 |
| Rebuttal expert notices | December 4, 2025 |
| Government's FRE 404(b) notice | September 11, 2025 |
| Defendants' response to FRE 404(b) notice | September 24, 2025 |
| *Brady* notice | N/A |
| | |
| Experts | |
| Expert reports (FRE 702) | October 24, 2025 |
| Lay witness identification and subject matter (FRE 701) | October 24, 2025 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendants' non-evidentiary pretrial motions, | |
| such as motions challenging the indictment | September 8, 2025 |
|     Government's response to Defendants' non-evidentiary motions | September 22, 2025 |
|     Defendants' reply as to non-evidentiary motions | September 29, 2025 |
| Government's non-evidentiary pretrial motions | September 8, 2025 |
|     Defendants' response to Government's non-evidentiary motions | September 22, 2025 |
|     Government's reply as to non-evidentiary motions | September 29, 2025 |

Evidentiary Pretrial Motions
Defendants' evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                  November 10, 2025
     Government's response to Defendants' evidentiary motions    November 24, 2025
     Defendants' reply as to evidentiary motions                December 1, 2025
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                        November 10, 2025
     Defendants' response to Government's evidentiary motions   November 24, 2025
     Government's reply as to evidentiary motions               December 1, 2025

Motions in Limine
Motions *in limine* by both sides                                  November 10, 2025
Responses to motions *in limine*                                   November 24, 2025
Replies as to motions *in limine*                                  December 1, 2025

Joint notice of stipulations                                       December 19, 2025

*Giglio*, *Jencks*, and Rule 26.2 material                         November 21, 2025

*Voir Dire* and Jury Instructions                                  December 19, 2025

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits               December 19, 2025
Defendants' witness list, exhibit list and exhibits               December 19, 2025

Hearings
Status Hearing                                                     July 15, 2025
Pretrial Conference                                               TBD

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Defendants are joined for trial as follows:

**Group 1:** Desmond Evans (1), Ramel Henderson (2), Kevon Jackson (3), Delonte Mundaray (4)
**Group 2:** Malik Terrell (6), Melvin Green (7)

Trial for Group 1 shall begin on **February 23, 2026**, and counsel for defendants in Group 1 shall hold open the period from **February 23, 2026, to March 20, 2026**, for trial.  Trial for Group 2 shall begin on **January 26, 2026,** and counsel for defendants in Group 2 shall hold open the period from **January 26, 2026, to February 20, 2026**, for trial.

**SO ORDERED.**

                       /s/
                       COLLEEN KOLLAR-KOTELLY
                       United States District Judge